### CHILDS v. MOORE et al.

No. 6358— Opinion Filed April 18, 1916.
Rehearing Denied June 6, 1916.
(158 Pac. 444.)

#### Appeal and Error—Supersedeas Bond—Rendition of Judgment.

Where a supersedeas bond is executed and filed to stay execution pending appeal in this court and the judgment is here against the plaintiff in error, upon motion of the defendant in error judgment will be rendered in this court against the sureties on the supersedeas bond.

(Syllabus by Burford, C.)

Appeal from County Court, Okmulgee County: Mark L. Bozarth, Judge.

On motion for judgment against sureties on supersedeas bond. Motion sustained.

For former opinion, see 57 Okla. 638, 157 Pac. 333.

E. M. Carter and Charles A. Dickson, for plaintiff in error.

Frank F. Lamb and Fred M. Carter, for defendants in error.

Opinion by BURFORD, C. On appeal to this court from a judgment of the county court of Okmulgee county, in the above entitled cause, rendered in favor of the Interstate Land Company et al., against Lucy Childs, in the sum of $800, said judgment was affirmed, and plaintiff has now filed his motion for judgment against the sureties on the supersedeas bond.

It appears that on the 24th day of November, 1913, Lucy Childs, the plaintiff in error, as principal, and W. T. Thornbrough and Astra Sneed filed in the trial court their supersedeas bond in regular form to stay the execution of the judgment. Upon the authority of Long v. Lang & Co., 51 Okla. 401, 152 Pac. 1078; Starr v. Haygood (53 Okla. 358), 156 Pac. 1171, and the provisions of chapter 249, Sess. L. 1915, plaintiff's motion must be sustained.

It appears that the judgment of the trial court was rendered on the 22d day of November, 1913, for $800. It is provided by statute that judgment shall bear interest at the rate of six per cent. per annum. Judgment will therefore be entered in this court against the sureties on the bond, W. T. Thornbrough and Astra Sneed, in the sum of $800, with interest at the rate of six per cent. per annum from November 22, 1913, and for costs, from which execution may issue.

By the Court: It is so ordered.